1  Brent H. Blakely (SBN 157292)
   bblakely@blakelylawgroup.com
2  Cindy Chan (SBN 247495)
   cchan@blakelylawgroup.com
3  BLAKELY LAW GROUP
   915 North Citrus Avenue
4  Hollywood, California 90038
   Telephone: (323) 464-7400
5  Facsimile: (323) 464-7410

6  *Attorneys for Plaintiffs*
   *Coach, Inc. and Reed Krakoff, LLC*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| COACH, INC., a Maryland Corporation; REED KRAKOFF, LLC, a Delaware Corporation, <br><br>                    Plaintiffs, <br>         vs. <br><br>URBAN EXPRESSIONS, INC., a California Corporation; ACCESSORIZE, an unknown business entity; BAG MADNESS, an unknown business entity; DSW, INC., an Ohio Corporation; KARMALOOP, an unknown business entity; and DOES 1-10, inclusive, <br><br>                    Defendants. | CASE NO. CV 11-5570 JAK (AJWx) <br><br>**ORDER GRANTING STIPULATION TO CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANTS URBAN EXPRESSIONS, INC. AND DSW, INC.** <br><br>JS-6: Case Closed |

        WHEREAS Plaintiffs Coach, Inc. and Reed Krakoff, LLC and Defendants Urban Expressions, Inc. and DSW Inc. (collectively "Defendants") have entered into a Settlement Agreement and Mutual Release as to the claims in the above referenced matter.  Defendants, having agreed to consent to the below terms, it is hereby **ORDERED, ADJUDGED, and DECREED** as among the parties hereto that:

        1.    This Court has jurisdiction over the parties to this Final Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

---

1

**ORDER RE CONSENT JUDGMENT INCLUDING A PERMANENT INJUNCTION AND VOLUNTARY DISMISSAL**

2. Plaintiff Reed Krakoff, LLC, who is wholly owned by Plaintiff Coach, Inc., asserts it is the owner by assignment of all the right, title and interest in the design patent for the Boxer Bag Design, which it asserts was duly and legally issued by the United States Patent and Trademark Office on October 19, 2010 under U.S. Patent No. D625,516.

3. Plaintiffs have alleged that Defendants' manufacture, distribution, promotion, advertisement, offering for sale, and sale of handbags, the design of which Plaintiffs believe is infringing upon the Boxer Bag Design ("Allegedly Infringing Handbags") constitute patent infringement, trade dress infringement, trademark dilution, and unfair competition under federal, state, and common law.

4. Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of this Final Judgment are hereby permanently restrained and enjoined from infringing upon Plaintiffs' Boxer Bag Design either directly or contributorily in any manner, including:

    (a) manufacturing, importing, distributing, advertising, selling and/or offering for sale any Allegedly Infringing Handbags and/or any handbags which infringe upon the Boxer Bag Design;

    (b) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner Allegedly Infringing Handbags except as provided under the parties Settlement Agreement;

    (c) Assisting, aiding or attempting to assist or aid any other person or entity in performing any of the prohibited activities referred to in Paragraphs 4(a) and 4(b) above.

    (d) Knowingly affecting any transactions, assignments or transfers, or forming new entities or associations to circumvent the prohibitions referred to in Paragraphs 4(a) and 4(b) above.

5. Plaintiffs and Defendants shall bear their own costs and attorneys' fees associated with this action.

6. The execution of this Final Judgment shall serve to bind and obligate the parties hereto.

7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of this Final Judgment, the enforcement thereof and the punishment of any violations thereof. Except to the extent relief is granted on Plaintiffs' Complaint through the entry of this Final Judgment, Plaintiffs' Complaint is dismissed with prejudice as to Defendants Urban Expressions, Inc. and DSW, Inc.

**IT IS SO ORDERED.**

DATED: February 22, 2012

_____
Hon. John A. Kronstadt
**United States District Judge**